## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

ANTONIO XIMENES, individually and on behalf of all others similarly situated,

   *Plaintiff*,

Case No. 7:25-CV-00533

vs.

BERT OGDEN MOTORS, INC. D/B/A BERT OGDEN BUICK GMC,

   *Defendant*.

_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, Antonio Ximenes, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: February 27, 2026

                Respectfully Submitted,

                **Shamis & Gentile, P.A.**
                */s/ Andrew J. Shamis*
                Andrew J. Shamis, Esq.
                Texas Bar No. 24124558
                ashamis@shamisgentile.com
                14 NE 1st Ave., Suite 705
                Miami, Florida 33132
                Telephone: 305-479-2299

                *Counsel for Plaintiff*

## C̲ERTIFICATE OF S̲ERVICE

      I hereby certify that on February 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                  **SHAMIS & GENTILE, P.A.**

            By:     */s/ Andrew J. Shamis*
                        Andrew J. Shamis, Esq.

                        *Counsel for Plaintiff*